

MD JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VERDEKEL, and THE ESTATE OF HEIDI SUZANNE VERDEKEL<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL NUNEZ, SIDNEY GONZALEZ, DR. PAZRICA CHO, CITY OF LOS ANGELES,<br><br>Defendants. | CASE NO. CV06-1518 RT(PLAx)<br><br>**JUDGMENT** |

This action having been tried before the Court sitting with a jury, Robert J. Timlin District Judge, presiding; the issues having been duly tried and the jury having duly rendered its special verdict,

IT IS ORDERED AND ADJUDGED that:

(1) Judgment be entered in favor of defendants Miguel Nunez and Sidney Gonzalez and against plaintiff Estate of Heidi Suzanne Verdekel by and through Ronald Verdekel on said plaintiff's claim under 42 U.S.C. section 1983 against those defendants for deprivation of Heidi Suzanne Verdekel's rights under the Fourth

1

1  Amendment to the United States Constitution to be free from an unreasonable
2  seizure of her person by the use of excessive force;
3      (2) Judgment be entered in favor of defendants Dr. Pazrica Cho and the City of
4  Los Angeles and against plaintiff Ronald Verdekel on said plaintiff's claim against
5  defendants Cho and the City of Los Angeles for medical negligence causing the
6  wrongful death of Heidi Suzanne Verdekel, his daughter;
7      (3) Defendants Miguel Nunez and Sidney Gonzalez shall recover their costs of
8  suit against plaintiff Estate of Heidi Suzanne Verdekel in the amount of $ _____;
9  and
10     (4) Defendants Dr. Pazrica Cho and the City of Los Angeles shall recover their
11 costs of suit against plaintiff Ronald Verdekel in the amount of $ _____.

16 DATED: September 9, 2009

                                                  United States District Judge
                                                 Robert J. Timlin